UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Bernal - Ibarra et al.; )<br>  )<br>Defendant(s) )<br>_____ ) | 08 CR 1323-BEN<br>CRIMINAL NO. 08 MJ 1117<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Juan Carlos Campos-Reyes

DATED: 4/24/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk