

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>ROGELIO BERNAL-IBARRA (1),<br>JUAN MARTINEZ-LEYVA (2),<br><br>          Defendants. | Criminal Case No. 08CR1323-BEN<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about April 9, 2008, within the Southern District of California, defendants ROGELIO BERNAL-IBARRA and JUAN MARTINEZ-LEYVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Campos-Reyes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/24/08.

                                                     KAREN P. HEWITT<br>                                                     United States Attorney

                                                     DOUGLAS KEEHN<br>                                                   Assistant U.S. Attorney

WDK:psd:San Diego<br>4/14/08