FILED
2008 JUN 25 AM 9:56

SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROGELIO BERNAL-IBARRA, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 08CR01323-001-BEN<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 4, 2008 is vacated and reset to September 15, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6/24/08

Roger T. Benitez
U.S. District Judge

cc: all counsel of record

/sak