1 | **SHAFFY MOEL**
California State Bar No. 238732
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
Telephone: (619) 234-8467
4 | Email: Shaffy_Moeel@fd.org

5 | Attorneys for Mr. Bernal-Ibarra

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE ROBERT T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1323-BEN |
| Plaintiff, ) | |
| v. ) | **REQUEST TO WITHDRAW DEFENDANT'S SENTENCING SUMMARY CHART** |
| **ROGELIO BERNAL-IBARRA**, ) | |
| Defendant. ) | |

17 | TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY; AND
18 | SCOTT KIEFER, UNITED STATES PROBATION OFFICER:

The defendant, Rogelio Bernal-Ibarra, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., hereby requests that this Court authorize the withdrawal of document number 35 from the clerk's record.

The sentencing summary chart was inadvertently filed in the incorrect case.

Respectfully submitted,

Dated: August 20, 2008      */s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bahena-Moreno
Shaffy_Moeel@fd.org

H:\SXM\CASES\1324\BAHENA-MORENO\MOTIONWITHDRAWCHART.WPD

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

**Ezekiel E Cortez**
lawforjustice@aol.com,barbaraj@cortezjohnson.sdcoxmail.com

**Caroline Pineda Han**
Caroline.Han@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

**Scott Kiefer**
United States Probation Officer via email

**Al Smithson**
alsmithson@cox.net

Dated:  August 20, 2008           /s/ *Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Shaffy_Moeel@fd.org (email)